**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01638-CV

## IN THE INTEREST OF H.M., A MINOR CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54170-2009**

## ORDER

We **GRANT** appellant's March 19, 2013 motion for an extension of time to file his notice of appeal and appellate brief. Appellant's notice of appeal filed on December 6, 2012 is deemed timely filed for jurisdictional purposes.

We **ORDER** the brief tendered to this Court by appellant on February 26, 2013 filed as of the date of this order. Appellee's brief is due **Monday, April 23, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE